# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARY LEFRANCE RUSH** | **CIVIL ACTION** |
| **VERSUS** | **NO: 06-5345** |
| | **c/w 06-6242** |
| **AMERICAN SECURITY INSURANCE CO.** | **SECTION: "K"(1)** |

## ORDER

Before the Court is the Motion to Reconsider (Rec.Doc.No. 24) filed by Defendant American Security Insurance Company ("ASI"). After reviewing the pleadings, memoranda, and relevant law, the Court hereby denies Defendant's motion for the reasons assigned below.

## I. DISCUSSION

The Court previously ruled that Defendant had improperly removed the above consolidated proceedings because the amount in controversy requirement of 28 U.S.C. § 1332 had not been satisfied. *See* Order (Rec.Doc.No. 21).[1] 28 U.S.C. § 1446 sets forth the procedure for removal:

A defendant or defendants desiring to remove any civil action or criminal prosecution from a State court shall file in the district court of the United States for the district and division within which such action is pending a notice of removal signed pursuant to Rule 11 of the Federal Rules of Civil

---

[1] The Court remanded the case but did not execute the remand order upon Defense counsel's request to reconsider the motion. The Court in an extreme abundance of caution complied with this request considering the fact that federal court jurisdiction is divested upon execution of the remand order. *See Browning v. Navarro*, 743 F.2d 1069, 1078-79 (5th Cir. 1984) (*citing* 28 U.S.C. § 1447(c)).

Procedure and containing a short and plain statement of the grounds for removal, together with a copy of all process, pleadings, and orders served upon such defendant or defendants in such action.

28 U.S.C. § 1446(a).

The Defendant filed two Notices of Removal;[2] however, the same state court petition was attached to such notices. Ostensibly, Defendant sought to remove a separate state court action wherein there were allegations that would have satisfied the amount in controversy requirement. Thus, Defendant failed to file his Notice of Removal together with a copy of the correct pleading intended to be removed as is required by 28 U.S.C. § 1446(a). Accordingly,

**IT IS ORDERED** that Defendant's Motion for Reconsideration (Rec.Doc.No. 24) is hereby **DENIED** and the captioned actions are hereby **REMANDED**.

New Orleans, Louisiana, on this 28th day of February, 2007.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE

---

[2] *Mary Rush v. American Security Ins. Co.*, No. 06-6242 (E.D. La. removed September 21, 2006) was consolidated with *Mary Rush v. American Security Ins. Co.*, No. 06-5345 (E.D. La. removed August 8, 2006) on October 4, 2006. *See* Consolidation Order (Rec.Doc.No. 11).